UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00193-FDW

| | |
|---|---|
| ERIKA ASHFORD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on the Commissioner's Consent Motion for Remand, filed on August 28, 2023. (Doc. No. 9). Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security Actions, under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's Motion, with Plaintiff's consent, to remand this case for further administrative proceedings, the Court finds good cause has been alleged for remand.

Accordingly, the Commissioner's Motion to Remand, (Doc. No. 9), is **GRANTED**. The Court hereby **REMANDS** this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991); Shalala v. Shaefer, 509 U.S. 292 (1993).

The Clerk of Court is respectfully **DIRECTED** to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Signed: August 28, 2023

Frank D. Whitney
United States District Judge

1